IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUSAN K. SUMRALL,

    Plaintiff,

vs.                                CASE NO.: 4:03cv103-SPM

JOHN E. POTTER,
Postmaster General,
and the UNITED STATES
POSTAL SERVICE,

    Defendants.
_____/

**ORDER ALLOWING ATTENDANCE BY TELEPHONE**

    Upon consideration, the parties' Joint Motion to Allow Counsel to Attend Pretrial Conference by Telephone (doc. 74) is granted. At 1:30 p.m. on June 13, 2005, the parties and counsel must be present in Plaintiff's counsel's office and remain ready to begin the pretrial conference. The Court will make the call for the pretrial conference.

    SO ORDERED this 10th day of June, 2005.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge